The People of the State of New York, Respondent.
*v.* Pietro Matera and Peter Sardini, Appellants.

(Argued November 24, 1931; decided January 5, 1932.)

*Jacob Shientag* for appellants.

*William F. X. Geoghan, District Attorney (Henry J. Walsh* of counsel), for respondent.

Judgment of conviction as to each defendant affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.